UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 17-15990-ref
   Lea B. Strickler :
: CHAPTER 13
            Debtor :

## ORDER

AND NOW, this __8__ day of __May__, 2018 upon consideration of Debtor's Objection to Proof of Claim of Portfolio Recovery Associates, LLC (Proof of Claim No. 4-1),

**IT IS HEREBY ORDERED**, that Portfolio Recovery Associates, LLC Proof of Claim #4-1 be disallowed in its entirety.

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

PRA Receivables Management, LLC
c/o Kaitlyn N. Renigar, Bankruptcy Representative
PO Box 23541
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Steve Fredrickson, CEO
140 Corporate Boulevard
Norfolk, VA 23502

PRA Receivables Management, LLC
c/o Steve Fredrickson, CEO
140 Corporate Boulevard
Norfolk, VA 23502