United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 17-15990-ref
Lea B. Strickler                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 1              Date Rcvd: May 08, 2018
                            Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db           +Lea B. Strickler,    404 Green Terrace,    Reading, PA 19601-2884
cd            ECMC,   Lockbox 8682,   PO Box 75848,   St. Paul, MN  55175-0848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14012383      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 02:05:49
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN P. NEBLETT    on behalf of Counter-Defendant   ECMC jpn@neblettlaw.com, lln@neblettlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Lea B. Strickler amburke7@yahoo.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 17-15990-ref
    Lea B. Strickler :
: CHAPTER 13
          Debtor :

## ORDER

AND NOW, this __8__ day of __May__, 2018 upon consideration of Debtor's Objection to Proof of Claim of Portfolio Recovery Associates, LLC (Proof of Claim No. 4-1),

**IT IS HEREBY ORDERED**, that Portfolio Recovery Associates, LLC Proof of Claim #4-1 be disallowed in its entirety.

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

PRA Receivables Management, LLC
c/o Kaitlyn N. Renigar, Bankruptcy Representative
PO Box 23541
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Steve Fredrickson, CEO
140 Corporate Boulevard
Norfolk, VA 23502

PRA Receivables Management, LLC
c/o Steve Fredrickson, CEO
140 Corporate Boulevard
Norfolk, VA 23502