United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lea B. Strickler  
    Debtor

Case No. 17-15990-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: May 16, 2018  
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.  
14011629       PNC Bank,   ECMC,   PO BOX 16408,   St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOHN P. NEBLETT   on behalf of Counter-Defendant   ECMC jpn@neblettlaw.com, lln@neblettlaw.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
        MICHAEL D. HESS   on behalf of Debtor Lea B. Strickler amburke7@yahoo.com  
        ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15990-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Lea B. Strickler
404 Green Terrace
Reading PA 19601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/15/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: PNC Bank, ECMC, PO BOX 16408, St Paul, MN 55116-0408

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/18/18

Tim McGrath
**CLERK OF THE COURT**