# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

    Lea B. Strickler      :      Case No.  17-15990-ref

                  :

                  :

            Debtor    :      Chapter 13

## PRAECIPE TO WITHDRAW OBJECTION TO PNC BANK PROOF OF CLAIM #3

**TO THE CLERK:**

    Kindly withdraw our Objection to Proof of Claim #3, PNC Bank, which was filed on April 3, 2018, for the above captioned matter without prejudice.

                  RESPECTFULLY SUBMITTED,

                  BURKE & HESS

        By:    /s/   Michael D. Hess
                  Michael D. Hess, Esquire
                  Attorney for Debtor
                  1672 Manheim Pike
                  Lancaster, PA  17601
                  (717) 391-2911