United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-15990-ref
Lea B. Strickler                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR           Page 1 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: pdf900       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
```
db            +Lea B. Strickler,    404 Green Terrace,    Reading, PA 19601-2884
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cd             ECMC,    Lockbox 8682,    PO Box 75848,    St. Paul, MN  55175-0848
13978633      +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13987119      +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14107497       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13978635      +Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
13978636      +KML Law Group, PC,    Suite 5000-BNY Mellon Independence Cente,    701 Market Street,
                Philadelphia, PA 19106-1538
14061770      +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O Kevin G. McDonald,    701 Market Street Suite 5000,
                Philadelphia, PA 19106-1541
14011629       PNC Bank,    ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14056695       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14025144       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
13978637      +US Bank National Association as Trustee,    PA Housing Finance Agency,    211 North Front Street,
                Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13978634      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2018 02:00:01      Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
14061222      +E-mail/Text: blegal@phfa.org Jun 15 2018 01:58:02     PENNSYLVANIA HOUSING FINANCE AGENCY,
                211 North Front Street,    Harrisburg, PA 17101-1406
14012383       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 01:59:41
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13983689       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2018 02:00:30     T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN P. NEBLETT    on behalf of Counter-Defendant    ECMC jpn@neblettlaw.com, lln@neblettlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Lea B. Strickler amburke7@yahoo.com
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2               Date Rcvd: Jun 14, 2018
                              Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

LEA B.  STRICKLER
                                          : Bankruptcy No. 17-15990REF
        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: June 14, 2018**                 _____
                                        Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

LEA B.  STRICKLER
404 GREEN TERRACE
READING,PA.19601