UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

INRE:

Lea B. Strickler                              CASE NO: 17-15990-ref

CHAPTER 13

DEBTOR

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $2,875.00 plus $55.30 for expense reimbursement.

**Date: July 9, 2018**

_____
J.