United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lea B. Strickler  
    Debtor

Case No. 17-15990-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Jul 09, 2018  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.  
db        +Lea B. Strickler,   404 Green Terrace,   Reading, PA 19601-2884  
cd         ECMC,   Lockbox 8682,   PO Box 75848,   St. Paul, MN   55175-0848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOHN P. NEBLETT   on behalf of Counter-Defendant   ECMC jpn@neblettlaw.com, lln@neblettlaw.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
        MICHAEL D. HESS   on behalf of Debtor Lea B. Strickler amburke7@yahoo.com  
        ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

INRE:

Lea B. Strickler                                CASE NO: 17-15990-ref

CHAPTER 13

DEBTOR

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $2,875.00 plus $55.30 for expense reimbursement.

**Date: July 9, 2018**

_____
J.